| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES III, JOHN E. | 2. Court or Organization<br><br>US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report<br><br>05/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>228 WALNUT STREET<br>HARRISBURG, PA 17108 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |
| 9. | TRUSTEE - ▨▨▨ TRUST | TRUST 1 |
| 10. | TRUSTEE - ▨▨▨ TRUST | TRUST 2 |
| 11. | ADJUNCT LAW PROFESSOR | PENNSYLVANIA STATE UNIVERSITY |

| Name of Person Reporting | Date of Report |
|---|---|
| **JONES III, JOHN E.** | 05/07/2014 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM & MARY LAW SCHOOL | 2/15 - 2/17 | WILLIAMSBURG, VA | LECTURE | HOTEL |
| 2. | UNIVERSITY OF MICHIGAN | 11/1 - 11/2 | ANN ARBOR, MI | LECTURE | FLIGHT, MILEAGE, HOTEL, AND MEALS |
| 3. | UNIVERSITY OF CINCINNATI | 12/3 - 12/4 | CINCINNATI, OH | LECTURE | FLIGHT, MILEAGE, HOTEL, AND MEALS |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▭ TRUST | CASH | $14,000.00 |
| 2. | ▭ TRUST | CASH | $14,000.00 |
| 3. | ▭ | CASH | $13,000.00 |
| 4. | ▭ | CASH | $14,000.00 |
| 5. | ▭ | CASH | $14,000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - | A | Distribution | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE | A | Distribution | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC.- | A | Distribution | O | W | | | | | |
| 4. HIDDEN VALLEY GOLF COURSE INC.- | A | Distribution | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC.- | A | Distribution | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC | A | Distribution | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC.- | | None | J | W | | | | | |
| 8. PAT MAR CO. INC.- | A | Distribution | M | W | | | | | |
| 9. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 10. UNION BANK & TRUST CO.- CHECKING | | None | K | T | | | | | |
| 11. QUALITY VENDING INC-50% INTEREST | C | Distribution | L | W | | | | | |
| 12. LOAN RECEIVABLE-PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 13. PENN NATIONAL GAMING - COMMON STOCK | | None | | | Sold | 02/25/13 | J | C | |
| 14. CHEVRON - CVX COMMON STOCK- IRA | B | Dividend | J | T | Sold (part) | 06/19/13 | J | C | |
| 15. XOM COMMON STOCK-IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 16. GE COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | A | |
| 17. HON COMMON STOCK-IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KMB COMMON STOCK-IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 19. MRK COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | B | |
| 20. MMM COMMON STOCK-IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 21. PEP COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | C | |
| 22. PFE COMMON STOCK-IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | K | D | |
| 23. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | K | T | Sold (part) | 07/12/13 | J | B | |
| 24. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND - FBCVX | | None | | | Sold | 07/25/13 | J | A | |
| 25. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND - FRIFX | A | Dividend | J | T | | | | | |
| 26. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 27. AFLAC INC - COMMON STOCK - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 28. HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | | | Sold | 06/19/13 | K | D | |
| 29. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | C | |
| 30. FNB DAILY FUND - IRA | A | Dividend | | | Redeemed | 06/19/13 | L | | |
| 31. APPLE COMPUTER - COMMON STOCK | A | Dividend | | | Sold | 03/01/13 | J | D | |
| 32. FEDERATED TOTAL RETURN BD MUTUAL FUND - IRA - FTRBX | A | Dividend | | | Sold | 06/19/13 | K | | |
| 33. TARGET CORP - COMMON STOCK - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 34. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | J | T | Sold (part) | 06/19/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | K | T | Sold (part) | 06/19/13 | J | A | |
| 36. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | | | Sold | 06/19/13 | J | | |
| 37. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | A | |
| 38. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | B | |
| 39. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | A | Dividend | | | Sold | 06/19/13 | L | D | |
| 40. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 41. CITIGROUP - IRA | A | Dividend | | | Sold | 06/19/13 | J | | |
| 42. FEDERATED STRATEGIC VALUE FUND ⬚ - IRA | A | Dividend | | | Sold | 06/19/13 | K | C | |
| 43. OAKMARK INT'L ⬚ - IRA | | None | | | Sold | 06/19/13 | J | | |
| 44. HARBOR INT'L FUND ⬚ - IRA | | None | | | Sold | 06/19/13 | K | | |
| 45. S&P MID CAP 400 - MDY | A | Dividend | J | T | | | | | |
| 46. SUSQUEHANNA BANK (SUSQ) | A | Dividend | J | T | | | | | |
| 47. AMERICAN CENTURY MID CAP VALUE - ACMVX | A | Dividend | J | T | | | | | |
| 48. BRIDGEWAY LARGE CAP GROWTH - BRLGX | A | Dividend | J | T | | | | | |
| 49. FIDELITY BALANCED FBALX | A | Dividend | J | T | | | | | |
| 50. VANGUARD US VALUE VUVLX | A | Dividend | J | T | | | | | |
| 51. WALT DISNEY CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PHOENIX CONTRACTING - ▆▆ | | None | J | W | | | | | |
| 53. GENERAL MOTORS CO - GM | | None | J | T | | | | | |
| 54. FIDELITY CONTRA FUND - FCNTX | A | Dividend | J | T | | | | | |
| 55. HEARTLAND VALUE PLUS - HRVIX | A | Dividend | J | T | | | | | |
| 56. TCW EMERGING MARKETS INCOME - TGINX | A | Dividend | J | T | | | | | |
| 57. FEDERATED ARMS FUND - FEUGX - IRA | A | Dividend | | | Sold | 06/19/13 | K | | |
| 58. FEDERATED INST HIGH YIELD BD - FIHBX - IRA | B | Dividend | | | Sold | 06/19/13 | J | | |
| 59. VANGUARD SHORT-TERM BOND INDEX - VBSSX - IRA | A | Dividend | | | Sold | 06/19/13 | K | | |
| 60. VANGUARD INTER-TERM INV GRADE - VFIDX - IRA | A | Dividend | | | Sold | 06/19/13 | K | | |
| 61. VANGUARD SHORT-TERM INV GRADE - VFSUX - IRA | B | Dividend | | | Sold | 06/19/13 | L | | |
| 62. BARON SMALL CAP FUND - BSFIX - IRA | | None | | | Sold | 06/19/13 | K | D | |
| 63. COHEN & STEERS REALTY SHARES - CSRSX - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 64. FEDERATED INTERCONTINENTAL FD - ICFIX - IRA | | None | | | Sold | 06/19/13 | K | | |
| 65. GOLDMAN SACHS M/C VALUE INST - GSMCX - IRA | | None | | | Sold | 06/19/13 | K | B | |
| 66. PERKINS SMALL CAP VALUE - JSCOX - IRA | | None | | | Sold | 06/19/13 | J | B | |
| 67. PIMCO COMMODITY TOTAL RETURN - PCRIX - IRA | A | Dividend | | | Sold | 06/19/13 | J | | |
| 68. T ROWE PRICE MID CAP GWTH - RPMGX - IRA | | None | | | Sold | 06/19/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T ROWE PRICE EMERGING MKT ST - PRMSX - IRA | | None | | | Sold | 06/19/13 | K | D | |
| 70. AT&T INC - T - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | B | |
| 71. ANALOG DEVICES - ADI - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 72. AUTOMATIC DATA PROCESSING - ADP - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 73. INTERNATIONAL BUSINESS MCHS - IBM - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 74. PAYCHEX INC - PAYX - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 75. QUALCOMM INC - QCOM - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 76. VISA INC - V - IRA | A | Dividend | | | Sold | 06/19/13 | K | D | |
| 77. GENUINE PARTS CO - GPC - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 78. MCDONALDS CORP - MCD - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 79. H J HEINZ CO - HNZ - IRA | A | Dividend | | | Sold | 06/10/13 | J | C | |
| 80. PROCTER & GAMBLE CO - PG - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 81. WALMART STORES INC - WMT - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 82. CHESAPEAKE ENERGY CORP - CHK - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 83. CONOCO PHILLIPS - COP - IRA | A | Dividend | K | T | Sold (part) | 06/19/13 | J | B | |
| 84. OCCIDENTAL PETROLEUM - OXY - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 85. TIDEWATER INC - TDW - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CHUBB CORP - CB - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 87. FEDERATED INVS INC PA CLB - FII - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 88. NYSE EURONEXT - NYX - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 89. ABBOTT LABS - ABT - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 90. BRISTOL MYERS SQUIBB - BMY - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 91. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | C | |
| 92. ELI LILLY & CO - LLY - IRA | A | Dividend | J | T | Sold (part) | 06/19/13 | J | C | |
| 93. EMERSON ELECTRIC - EMR - IRA | A | Dividend | K | T | Sold (part) | 06/19/13 | J | A | |
| 94. DUPONT EI DE NEMOURS - DD - IRA | A | Dividend | K | T | Sold (part) | 06/19/13 | J | A | |
| 95. FREEPORT - MCMORAN - FCX - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 96. PPG INDUSTRIES INC - PPG - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 97. WINDSTREAM CORP - WIN - IRA | A | Dividend | | | Sold | 06/19/13 | J | | |
| 98. DOMINION RES INC VA - D - IRA | A | Dividend | | | Sold | 06/19/13 | J | B | |
| 99. EXELON CORP - EXC - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 100. SOUTHERN CO - SO - IRA | A | Dividend | | | Sold | 06/19/13 | K | C | |
| 101. ROYAL DUTCH SHELL - RDS - IRA | A | Dividend | | | Sold | 06/19/13 | J | A | |
| 102. ACCENTURE PLC IRELAND - ACN - IRA | A | Dividend | | | Sold | 06/19/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VANGUARD INDEX FDS TOTAL STOCK - VTI | A | Dividend | J | T | | | | | |
| 104. DUNKIN BRANDS GROUP INC - DNKN | A | Dividend | | | Sold | 08/08/13 | J | A | |
| 105. BLACKROCK MUNIHOLDINGS QUALITY FD II - MUE | A | Dividend | J | T | | | | | |
| 106. TARGET CORP - TGT | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 107. CITIGROUP FDG INC MED TERM SR (TRUST 1) | A | Interest | | | Sold | 12/24/13 | K | A | |
| 108. MORGAN STANLEY DW DISC SRMTRIS (TRUST1) | A | Interest | J | T | | | | | |
| 109. SUNTRUST BANK ATLANTA CD INDEX ZERO (TRUST 1) | A | Interest | K | T | | | | | |
| 110. SUNTRUST BANK ATLANTA CD (TRUST 1) | A | Interest | L | T | | | | | |
| 111. WELLS FARGO & CO FIX FIT NT (TRUST 1) | A | Interest | J | T | | | | | |
| 112. SUNTRUST MONEY MARKET A/C (TRUST 1) | A | Interest | K | T | | | | | |
| 113. CITIGROUP FDG INC MED TERM SR (TRUST 2) | A | Interest | | | Redeemed | 12/24/13 | K | | |
| 114. SUNTRUST BK ATLANTA GA CD (TRUST 2) | A | Interest | K | T | | | | | |
| 115. SUNTRUST MONEY MARKET A/C (TRUST 2) | A | Interest | K | T | | | | | |
| 116. SUNTRUST MONEY MARKET A/C (TRUST 3) | B | Interest | | | Redeemed | 04/12/13 | K | | |
| 117. ZYNGA INC | | None | | | Sold | 08/05/13 | J | A | |
| 118. RCM TECH INC | | None | | | Sold | 09/12/13 | J | A | |
| 119. SLM CORP | | None | | | Sold | 01/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PIMCO INV GR BOND CL D | A | Dividend | J | T | | | | | |
| 121. API EFFICIENT FRON CL C | A | Dividend | J | T | | | | | |
| 122. AUXILIUM PHARM | | None | | | Sold | 08/08/13 | J | A | |
| 123. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | J | T | | | | | |
| 124. AT&T INC - COMMON - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 125. ALTRIA GROUP INC - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 126. BRISTOL MYERS SQUIBB - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 127. CAMPBELL SOUP - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 128. DUKE ENERGY CORP - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 129. EXELON CORP - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 130. GENERAL MILLS INC - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 131. JOHNSON & JOHNSON - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 132. KELLOGG COMPANY - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 133. KIMBERLY CLARK - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 134. ELI LILLY & CO - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 135. MCDONALDS CORP - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 136. MERCK & CO - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PPL CORP - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 138. PEPSICO INC - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 139. PFIZER - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 140. PHILIP MORRIS INT'L - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 141. PROCTER & GAMBLE CO - TRUST 1 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 142. SOUTHERN CO - TRUST 1 | A | Dividend | | | Sold | 07/17/13 | J | A | |
| 143. VERIZON COMMUNICATIONS - TRUST 1 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 144. AT&T INC - COMMON - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 145. ALTRIA GROUP INC - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 146. BRISTOL MYERS SQUIBB - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 147. CAMPBELL SOUP - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 148. DUKE ENERGY CORP - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 149. EXELON CORP - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 150. GENERAL MILLS INC - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 151. JOHNSON & JOHNSON - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 152. KELLOGG COMPANY - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 153. KIMBERLY CLARK - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ELI LILLY & CO - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 155.  MCDONALDS CORP - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 156.  MERCK & CO - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 157.  PPL CORP - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 158.  PEPSICO INC - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 159.  PFIZER - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 160.  PHILIP MORRIS INT'L - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 161.  PROCTER & GAMBLE CO - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 162.  SOUTHERN CO - TRUST 2 | A | Dividend | | | Sold | 04/12/13 | J | A | |
| 163.  VERIZON COMMUNICATIONS - TRUST 2 | A | Dividend | J | T | Sold (part) | 04/12/13 | J | A | |
| 164.  SUN TRUST BK ATLANTA CD - TRUST 2 | B | Interest | K | T | | | | | |
| 165.  MORGAN STANLEY DW DIS NOTE - TRUST 2 | A | Interest | J | T | | | | | |
| 166.  WELLS FARGO & CO FIX FH NOTE - TRUST 2 | A | Interest | J | T | | | | | |
| 167.  ABIOMED INC | | None | | | Buy | 03/07/13 | J | | |
| 168.  ABIOMED INC | | None | | | Sold | 08/08/13 | J | A | |
| 169.  AMERICAN TOWER CORP | A | Dividend | | | Buy | 05/13/13 | J | | |
| 170.  AMERICAN TOWER CORP | A | Dividend | | | Sold | 07/30/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DISCOVERY LABORATORIES INC | | None | | | Buy | 03/04/13 | J | | |
| 172. DISCOVERY LABORATORIES INC | | None | | | Sold | 07/19/13 | J | A | |
| 173. INOVIO PHARMACEUTICALS INC | | None | | | Buy | 04/01/13 | J | | |
| 174. INOVIO PHARMACEUTICALS INC | | None | | | Sold | 08/13/13 | J | A | |
| 175. AQUA AMERICA INC | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 176. CITIZENS & NORTHERN CP | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 177. COMCAST CORP | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 178. GLOBE SPECIALTY METALS | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 179. ICG GROUP INC | | None | J | T | Buy | 08/13/13 | J | | |
| 180. NATIONAL OILWELL VARCO | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 181. POWERSHARES QQQ TR SER 1 | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 182. STARBUCKS CORP | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 183. WINDSTREAM HOLDINGS | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 184. BRIDGEWAY ULTRA SMALL CO MKT | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 185. FIDELITY SELECT BIOTECH | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 186. T ROWE PRICE BLUE CHIP GR | | None | J | T | Buy | 08/13/13 | J | | |
| 187. PERMANENT PORTFOLIO | A | Dividend | J | T | Buy | 08/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. VANGUARD BALANCED INDEX | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 189. ABBVIE INC - IRA | A | Dividend | | | Spinoff (from line 89) | 01/01/13 | J | | |
| 190. ABBVIE INC - IRA | A | Dividend | | | Sold | 06/19/13 | J | C | |
| 191. ABBVIE INC - IRA | A | Dividend | K | T | Buy | 06/19/13 | K | | |
| 192. CMS ENERGY CORP - IRA | A | Dividend | | | Buy | 06/19/13 | J | | |
| 193. CMS ENERGY CORP - IRA | A | Dividend | | | Sold | 12/16/13 | J | | |
| 194. DARDEN RESTAURANTS - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 195. DARDEN RESTAURANTS - IRA | A | Dividend | | | Sold (part) | 10/09/13 | J | | |
| 196. EDISON INT'L - IRA | A | Dividend | | | Buy | 07/31/13 | J | | |
| 197. EDISON INT'L - IRA | A | Dividend | | | Sold | 10/08/13 | J | | |
| 198. GENERAL MILLS - IRA | A | Dividend | | | Buy | 06/19/13 | J | | |
| 199. GENERAL MILLS - IRA | A | Dividend | | | Sold | 12/16/13 | J | | |
| 200. ROYAL DUTCH SHELL ADR CL A - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 201. ROYAL DUTCH SHELL ADR CL A - IRA | A | Dividend | | | Sold (part) | 08/28/13 | J | A | |
| 202. AMGEN - IRA | A | Dividend | K | T | Buy | 06/19/13 | J | | |
| 203. APPLE INC - IRA | A | Dividend | K | T | Buy | 06/19/13 | J | | |
| 204. ARTISAN PARTNERS ASSET MGMT - IRA | A | Dividend | J | T | Buy | 08/28/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. BB&T - IRA | A | Dividend | K | T | Buy | 06/19/13 | J | | |
| 206. BLACKROCK INC - IRA | A | Dividend | K | T | Buy | 09/23/13 | J | | |
| 207. CENTERPOINT ENERGY INC - IRA | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 208. DOW CHEMICAL - IRA | A | Dividend | K | T | Buy | 10/08/13 | J | | |
| 209. DUKE ENERGY - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 210. FT UNIT 4274 INT RATE HEDGE - IRA | B | Dividend | L | T | Buy | 06/19/13 | L | | |
| 211. FIRST TR EXCHANGE - CONSUMER - IRA | A | Dividend | L | T | Buy | 06/20/13 | L | | |
| 212. FIRST TR EXCHANGE - CONSUMER - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 213. FIRST TR EXCHANGE - ENERGY - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 214. FIRST TR EXCHANGE - FINANCIAL - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 215. FIRST TR EXCHANGE - HLTHCARE - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 216. FIRST TR EXCHANGE - INDS PRDCT- IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 217. FIRST TR EXCHANGE - MATERIALS - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 218. FIRST TR EXCHANGE - TECHNOLOGY - IRA | A | Dividend | K | T | Buy | 06/20/13 | K | | |
| 219. FIRST TR EXCHANGE - UTILITIES - IRA | B | Dividend | L | T | Buy | 06/20/13 | K | | |
| 220. JP MORGAN CHASE - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 221. KLA-TENCOR CORP - IRA | A | Dividend | J | T | Buy | 07/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MACY'S INC - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 223. MATTELL INC - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 224. NEW YORK COMMUNITY BANK - IRA | A | Dividend | J | T | Buy | 08/28/13 | J | | |
| 225. NEXTERA ENERGY INC - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 226. PHILIP MORRIS INT'L - IRA | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 227. SUNTRUST BK ATLANTA CD - IRA | A | Interest | L | T | Buy | 06/24/13 | L | | |
| 228. TOTAL SASPON ADR - IRA | | None | K | T | Buy | 12/16/13 | K | | |
| 229. WILLIAMS COS INC - IRA | A | Dividend | K | T | Buy | 06/19/13 | J | | |
| 230. BANCO POPULAR DE PR CD | A | Interest | J | T | Buy | 01/17/13 | J | | |
| 231. LYONDELLBASELL INDUSTRIES - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 232. LYONDELLBASELL INDUSTRIES - TRUST 1 | A | Dividend | | | Sold (part) | 10/11/13 | J | A | |
| 233. CMS ENERGY CORP - TRUST 1 | A | Dividend | | | Buy | 04/12/13 | J | | |
| 234. CMS ENERGY CORP - TRUST 1 | A | Dividend | | | Sold | 12/16/13 | J | | |
| 235. DARDEN RESTAURANTS - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 236. DARDEN RESTAURANTS - TRUST 1 | A | Dividend | | | Sold (part) | 10/08/13 | J | | |
| 237. EDISON INTERNATIONAL - TRUST 1 | A | Dividend | | | Buy | 04/12/13 | J | | |
| 238. EDISON INTERNATIONAL - TRUST 1 | A | Dividend | | | Sold | 10/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ROYAL DUTCH SHELL ADR EA - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 240. ROYAL DUTCH SHELL ADR EA - TRUST 1 | A | Dividend | | | Sold (part) | 08/29/13 | J | A | |
| 241. SEAGATE TECHNOLOGY PLC - TRUST 1 | | None | J | T | Buy | 04/12/13 | J | | |
| 242. ABBVIE INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 243. AMGEN INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 244. APPLE INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 245. ARTISAN PARTNERS ASSET MGT- TRUST 1 | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 246. BB&T CORP - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 247. BLACKROCK INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 248. CENTERPOINT ENERGY INC - TRUST 1 | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 249. CHEVRON CORP - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 250. CONOCO PHILLIPS - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 251. DOW CHEMICAL CO - TRUST 1 | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 252. DUPONT EI DEMOURS - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 253. EMERSON ELECTRIC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 254. GENERAL ELECTRIC CO - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 255. INTEL CORP - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. JP MORGAN CHASE - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 257. KLA-TENCOR CORP - TRUST 1 | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 258. MACYS INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 259. MATTEL INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 260. MICROSOFT CORP - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 261. NEW YORK COMM BANK - TRUST 1 | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 262. NEXTERA ENERGY INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 263. TOTAL SASPON ADR EA - TRUST 1 | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 264. UNITED PARCEL SVC INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 265. WELLS FARGO & CO - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 266. WILLIAMS COS INC - TRUST 1 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 267. ABBVIE INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 268. ABBVIE INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 269. LYONDELLBASELL IND - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 270. LYONDELLBASELL IND - TRUST 2 | A | Dividend | | | Sold (part) | 10/11/13 | J | A | |
| 271. AMGEN INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 272. AMGEN INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  APPLE INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 274.  APPLE INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 275.  ARTISAN PARTNERS ASSET - TRUST 2 | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 276.  ARTISAN PARTNERS ASSET - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 277.  BB&T - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 278.  BB&T - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 279.  BLACKROCK INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 280.  BLACKROCK INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 281.  CMS ENERGY CORP - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 282.  CMS ENERGY CORP - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | | |
| 283.  CENTERPOINT ENERGY - TRUST 2 | A | Dividend | J | T | Buy | 07/07/13 | J | | |
| 284.  CENTERPOINT ENERGY - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | | |
| 285.  CHEVRON CORP - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 286.  CHEVRON CORP - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 287.  CONOCO PHILLIPS - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 288.  CONOCO PHILLIPS - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 289.  DARDEN RESTAURANTS - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. DARDEN RESTAURANTS - TRUST 2 | A | Dividend | | | Sold (part) | 10/08/13 | J | | |
| 291. DOW CHEMICAL - TRUST 2 | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 292. DOW CHEMICAL - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 293. DUPONT EI DE NEMOURS - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 294. DUPONT EI DE NEMOURS - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 295. EMERSON ELECTRIC CO - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 296. EMERSON ELECTRIC CO - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 297. EDISON INT'L - TRUST 2 | A | Dividend | | | Buy | 04/12/13 | J | | |
| 298. EDISON INT'L - TRUST 2 | A | Dividend | | | Sold | 10/08/13 | J | | |
| 299. GENERAL ELECTRIC CO - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 300. GENERAL ELECTRIC CO - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 301. INTEL CORP - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 302. INTEL CORP - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 303. JP MORGAN CHASE - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 304. JP MORGAN CHASE - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 305. KLA-TENCOR CORP - TRUST 2 | A | Dividend | J | T | Buy | 07/17/13 | J | | |
| 306. KLA-TENCOR CORP - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. MACY'S INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 308. MACY'S INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 309. MATTEL INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 310. MATTEL INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 311. MICROSOFT - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 312. MICROSOFT - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 313. NEW YORK COMM BK - TRUST 2 | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 314. NEW YORK COMM BK - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 315. NEXTERA ENERGY INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 316. NEXTERA ENERGY INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 317. ROYAL DUTCH SHELL ADR - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 318. ROYAL DUTCH SHELL ADR - TRUST 2 | A | Dividend | | | Sold (part) | 08/29/13 | J | A | |
| 319. UNITED PARCEL SVC INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 320. UNITED PARCEL SVC INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 321. WELLS FARGO & CO - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 322. WELLS FARGO & CO - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | A | |
| 323. WILLIAMS COS INC - TRUST 2 | A | Dividend | J | T | Buy | 04/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JONES III, JOHN E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. WILLIAMS COS INC - TRUST 2 | A | Dividend | | | Sold (part) | 12/10/13 | J | | |
| 325. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | J | T | Open | 05/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544